UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
NOEMI MARTE,

                                    Index No.: 08 CIV 4338

                Plaintiff,

                                    **FRCP 7.1 STATEMENT**

     -against-

BRIAN KEITH MOREHART and LUCAS TRUCKING
CORP.,

                Defendants.
------------------------------------------------------------------------X

       Pursuant to FRCP 7.1 and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following corporate parents, subsidiaries or affiliates of LUCAS TRUCKING CORP., which are publicly held:

                                 **NONE**

Dated: New York, New York
       May 7, 2008

                                                   LAW OFFICE OF JOHN P. HUMPHREYS

                                                   BY: FREDERICK D SCHMIDT JR. (FDS8821)
                                                   Attorneys for Defendant
                                                   BRIAN KEITH MOREHART and
                                                   LUCAS TRUCKING CORP.
                                                   485 Lexington Avenue, 7th Floor
                                                   New York, NY 10017
                                                   (917) 778-6600

TO:

Mitchell Franzblau, Esq.
BELOVIN & FRANZBLAU, LLP
Attorneys for Plaintiff
2311 White Plains Road
Bronx, New York 10467
(718) 655-2900