```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
```
**NOEMI MARTE,**                                    **NOTICE OF APPEARANCE**

                                Plaintiff(s),   08Civ.4338(PAC)

       -against-

**BRIAN KEITH MOREHART and LUCAS TRUCKING CORP.**

                                Defendant(s).
```
----------------------------------------X
```

**S I R S :**

    **PLEASE TAKE NOTICE**, that the plaintiff, **NOEMI MARTE,** by and through her attorneys the law firm of BELOVIN & FRANZBLAU, LLP, hereby appears in the above entitled action.

Dated:   Bronx, New York
        June 11, 2008

                                  Yours, etc.,

                                  S/
                                Mitchell Franzblau, Esq. (1764)
                                **BELOVIN & FRANZBLAU, LLP**
                                Attorneys for Plaintiff(s)
                                Office & P.O. Address
                                2311 White Plains Road
                                Bronx, New York 10467-8106
                                (718) 655-2900

TO:  LAW OFFICE OF JOHN P. HUMPHREYS
     Attorneys for Defendant(s)
     485 Lexington Avenue, 7th Floor
     New York, NY 10017
     (917) 778-6600

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK
                    ss:
COUNTY OF BRONX

Laura Panissidi, being duly sworn, deposes and says:

That deponent is not a party to the action is over the age of 18 years and resides in Bronx County in the State of New York.

I served a true copy of the annexed NOTICE OF APPEARANCE on June 11, 2008 upon:


Law Office of John P. Humphreys
485 Lexington Avenue, 7th Floor
New York, NY 10017


the address(es) designated by said attorneys for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in a post office or official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                              /S/
                              Laura Panissidi

Sworn to before me on
June 11, 2008

 /S/
Notary Public

Mitchell D. Franzblau
Notary Public, State of New York
No. 5006815
Qualified in Westchester County
Commission Expires January 11, 2011