UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
NOEMI MARTE,

                                Plaintiff,

              -against-                           **RULE 26 DISCLOSURE**

                                                                  08 Civ 4338 (PAC)

BRIAN KEITH MOREHART and LUCAS
TRUCKING CORP.,

                                Defendants.
-----------------------------------------------------------------------x

        Defendants, BRIAN KEITH MOREHART and LUCAS TRUCKING CORP., as and for their disclosure under Rule 26 of the Federal Rules of Civil Procedure, hereby set forth as follows:

1.     Individuals with discoverable information:

        Other than the parties named to the within action, defendants are aware of the driver of the vehicle plaintiff was allegedly a passenger in, Cynthia E. Stinziano, 2202 Wickham Avenue, Bronx, New York 10469 and Alexia Derizzio, employed with Monroe College, New Rochelle, New York.

2.     Relevant documents and tangible things under parties' control.

        Attached are copies of the Police Accident Report and the accident report filled out by defendant.

3.     Information related to calculation of damages.

        Not applicable to this party.

4. Insurance agreements.

Northland Insurance Company, P.O. Box 64805, St. Paul, MN 55164-0805, provides coverage to the answering defendants in the amount of $1,000,000 under policy number TF517303, policy period 1/25/07 to 7/1/07.

Dated: New York, New York
June 13, 2008

                                    LAW OFFICE OF JOHN P. HUMPHREYS

                                    BY: FREDERICK D SCHMIDT JR (FDS 8821)
Attorneys for Defendants
**BRIAN KEITH MOREHART and
LUCAS TRUCKING CORP.**
485 Lexington Avenue, 7th Floor
New York, NY  10017
(917) 778-6600
Matter No.:  0910279

TO:

Mitchell Franzblau, Esq.
BELOVIN & FRANZBLAU, LLP
Attorneys for Plaintiff
2311 White Plains Road
Bronx, New York 10467
(718) 655-2900

# New York State Department of Motor Vehicles
## POLICE ACCIDENT REPORT (NYC)
MV-104AN (5/04)

Page 1 of Pages
Precinct: 043
Accident No: 1144
Complaint Number:
☐ AMENDED REPORT

**Accident Date:** Month 5 / Day 17 / Year 07
**Day of Week:** Thur
**Military Time:** 0856
**No. of Vehicles:** 2
**No. Injured:** 0
**No. Killed:** 0
Not Investigated at Scene ☐
Reconstructed ☐
Left Scene ☐
Police Photos ☐ Yes ☐ No

### VEHICLE 1
- Driver License ID Number: 446 304 339
- State of Lic.: NY
- Driver Name: Stinziano, Cynthia, E
- Address: 2202 Wickham Ave
- City: Bronx, State: NY, Zip: 10469
- Date of Birth: 2/16/58
- Sex: F
- No. of Occupants: 3
- Name on registration: Nicholas Gyory
- Sex: M
- Address: 2202 Wickham Ave
- City: BX, State: NY
- Plate Number: DZL 4056
- State of Reg: NY
- Vehicle Year & Make: 07 Infiniti
- Vehicle Type: 4DSD

### VEHICLE 2
- Driver License ID Number: 22 997113
- State of Lic.: PA
- Driver Name: Brian Keith Morehart
- Address: 111 High St P.O. Box 121
- City: P. Trout Run, State: PA, Zip: 17771
- No. of Occupants: 1
- Name on registration: Lucas Trucking Corp
- Address: 9657 N Rt 220 Hwy
- City: Jersey Shore, State: PA, Zip: 17740
- Plate Number: AE36839
- State of Reg: PA
- Vehicle Year & Make: 03 Freightliner

### Damage Codes
**Vehicle 1:** Box 1 - 7, Box 2 - 8, additional: 3, 4, 5
**Vehicle 2 Towed By:** Brothers Towing To 222nd + Gribbin

**Accident Diagram:** Rear End circled (1 → 2)

### Place Where Accident Occurred: ☒ BRONX
- Road on which accident occurred: c/o Ellis + Cross Bx Expressway (Service Rd)

### Accident Description/Officer's Notes:
veh #1 states that traffic signal turned red when she stopped, and veh #2 crashed into her car from behind. veh #2 states that traffic signal was flashing (yellow) when veh #1 stopped short causing him to rear end veh #1.

All Involved: No Injuries

**Officer's Rank and Signature:** P.O. [signature]
**Print Name in Full:** P.O. Reyes
**Tax ID No:** 939300
**NCIC No:** 03030
**Precinct:** 043
**Reviewing Officer:** [signature]
**Date/Time Reviewed:** ENT'D MAY 18 2007

Cost of repairs to any one vehicle will be more than $1000. ☒ Yes

PERSONS KILLED or INJURED IN ACCIDENT (Letter Designation of persons killed or injured must correspond with letter of designation on front).

| A Last Name | First | M.I. | D Last Name | First | M.I. |
|---|---|---|---|---|---|

Address

Date of Birth: Month / Day / Year  Telephone (Area Code)

B Last Name  First  M.I.

Address

Date of Birth: Month / Day / Year  Telephone (Area Code)

C Last Name  First  M.I.

Address

Date of Birth: Month / Day / Year  Telephone (Area Code)

Highway Dist. at Scene? ☐ Yes ☐ No  Name:

Shield No.

**ENTER INSURANCE POLICY NUMBER FROM INSURANCE IDENTIFICATION CARD, EXPIRATION DATE (IN ALL CASES), AND VIN.**

Vehicle No. 1 1003849
Expiration Date 6-27-09 (M) 5-2008
VIN JNKBV61F57M816428

Vehicle No.2 TF454423
Expiration Date 7-01-07
VIN 1FUJAH6G03LK75646

**WITNESS** (Attach separate sheet, if necessary)
Name  Address  Phone

**DUPLICATE COPY REQUIRED FOR:**
- ☐ Dept. of Motor Vehicles (if anyone is killed/injured)
- ☐ Motor Transport Division (P.D. vehicle involved)
- ☐ NYC Taxi & Limousine Comm. (if a Licensed taxi or limousine involved)
- ☐ Other City Agency (Specify)
- ☐ Office of Comptroller (if a City vehicle involved)
- ☐ Personnel Safety Unit (if a P.D. vehicle involved)
- ☐ Highway Unit

**NOTIFICATIONS:** (Enter name, address, and relationship of friend or relative notified. If aided person is unidentified, list Missing Person Squad member who was notified. In either case, give date and time of notification.)

**PROPERTY DAMAGED** (other than vehicles)

**OWNER OF PROPERTY** (include city agency, where applicable)

**IF NYPD VEHICLE IS INVOLVED:**

| Police Vehicle—Operator's First Name | Last Name | Rank | Shield No. | Tax ID. No. | Command |
|---|---|---|---|---|---|

| Make of Vehicle | Year | Type of Vehicle | Plate No. | Dept. Vehicle No. | Assigned To What Command |
|---|---|---|---|---|---|

Equipment in Use At Time of Accident
☐ Siren ☐ Horn ☐ Turret Light ☐ 4-Way Flasher ☐ High-Level Warning Lights ☐ Traffic Cones ☐ Headlights

**ACTIONS OF POLICE VEHICLE**
- ☐ Responding to Code Signal
- ☐ Pursuing Violator
- ☐ Other (Describe)
- ☐ Complying with Station House Directive
- ☐ Routine Patrol

MV-104AN (5/04)

## ACCIDENT CONDITIONS

**USE DIAGRAM TO INDICATE POINTS OF COLLISION**

[Diagram of accident scene]

Describe What Happened: He were sitting at a Cross Walk that was red. It had changed to blinking yellow phillis was moving. I was close to the car that was in front of me at that time. I thought it was yellow and I thought it was yellow and stopped. Car in front of me stopped. I thought it was yellow traffic light. She thought it was a traffic light. That if it was yellow and stopped at that time. I was in 1st gear back up & rolled and hit the car.

Additional Notes: black marks about 3½ Ft

Draw Arrow to Indicate North

d Surface: (blacktop, concrete, gravel, etc.)

d Conditions: (dry, wet, snowy, icy, etc.)

Weather Conditions: (rain, sleet, snow, fog, etc.)

Light Conditions: (dark, daylight, dusk, etc.)

Signature [signature]  Date 5/20/07

#FF51703 Da: 511.07

MAY-21-2007 MON 03:29 PM P R_____ER AGENCY          FAX NO. 1570____952        P. 03
MAY 21 2007(MON) 10:10    Interstate Insurance                     P.004/005
May. 21. 2007  9:22AM     No. 8538   P. 1

## CNA COMMERCIAL INSURANCE

### YOU ARE IN AN ACCIDENT, FOLLOW THESE STEPS:

- Stay calm, park safely and set out warning devices.
- Assist injured parties, but do not move the injured unless absolutely necessary.
- Notify police and ambulance if necessary. Use the "Emergency Telephone Aid" card if you cannot leave the scene.
- Identify yourself and your company. Supply operator #, license # and registration if asked.
- Do not discuss the accident with other driver(s) or witnesses.
- Ask all witnesses to complete witness cards.
- If other drivers admit fault, ask them to fill out the "Driver Exoneration Card".
- Follow your company policy regarding accidents and company procedure.
- Comply with all legal paperwork, such as accident reports. Get copies and return to employer with this kit.
- Document the accident with photographs taken from all four sides, include any road or weather conditions.

### SCENE INFORMATION
### TO BE FILLED OUT BY DRIVER

Company Vehicle _Lucas Trucking_    Owner _____ Phone # ( )
Date of Accident _5/17/06_  Time _8:24_
Location _Coop brook_                What Was Damaged _____

Driver's Name _Brian Marehart_
Truck # _222_  Make & Model _____
License # _AE 36879_  State _PA_

#### OTHER VEHICLES AND DRIVERS

#1 Driver's Name _Steve and / Cathu_
Make & Model of Vehicle _Infiniti_
License # _D2L 4056_  State _NY_
Insurance Co. _____
Phone # ( )

#2 Driver's Name _____
Make & Model of Vehicle _____
License # _____ State _____
Insurance Co. _____
Phone # ( )

#### POLICE
Officer's Name _____
Badge # _____  Report # _____
Station _____
Citation(s) Given To _____

#### INJURIES
Name _N/A_ _of the fine_
Address _had ask the three in_
_the car_
Phone # ( )
Describe Injuries _____

#### PROPERTY DAMAGE (other than vehicles)
_rear of Car_


#AE 517303
5.17.07
Doly

cont. next column

| | |
|---|---|
| STATE OF NEW YORK<br>COUNTY OF NEW YORK | AFFIDAVIT OF SERVICE<br>BY MAIL |

I, MARIA PIZZO, being duly sworn, deposed and says that deponent is a secretary of the LAW OFFICE OF JOHN P. HUMPHREYS, attorneys for one of the parties herein; is over 18 years of age; is not a party to the action. The deponent served the papers noted below by regular mail, the same securely enclosed in the postage paid wrapper in the Letter Box maintained and exclusively controlled by the United States Postal Service at 485 Lexington Avenue, New York, New York 10017; directed to the said attorney(s) at the address indicated below; that being the address within the state designated by said attorney(s) for that purpose, or the place where said attorneys(s) then kept an office, between which places there then was and now is a regular communication by mail as follows:

**Date mailed:**     June 16, 2008

**Papers Served:**   **RULE 26 DISCLOSURE**

TO:

BELOVIN & FRANZBLAU
Plaintiff Counsel
2311 White Plains Road
Bronx, NY 10467
(718) 655-2900

_____
MARIA PIZZO

Sworn to before me this

16TH day of June, 2008

_____
Notary Public

CHRISTIAN D. WARHOLA
Notary Public, State of New York
No. 01WA6155557
Qualified in New York County
Commission Expires November 13, 20 10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    Index No.: 08 CIV 4338 (pac)

NOEMI MARTE,

                                                Plaintiff(s),

-against-

BRIAN KEITH MOREHART and LUCAS TRUCKING CORP.,

                                                Defendant(s).

## RULE 26 DISCLOSURE

### Law Office of
### JOHN P. HUMPHREYS

Attorneys for Defendants

**BRIAN KEITH MOREHART
AND LUCAS TRUCKING CORP.**

Office & P.O. Address
**485 Lexington Avenue – 7th Floor
New York, New York 10017**

Tel. No.: (917) 778-6600
Fax No.: (917) 778-7020
(917) 778-7022

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.

Dated: _____         Signature: _____

                                                   Print Signer's Names: _____

Service of a copy of the within                                       is hereby admitted.

Dated:                                              _____
                                           Attorney(s) for

**NOTICE OF ENTRY:**

      **PLEASE TAKE NOTICE** that the within is a true copy of an order entered in office of the Clerk of the above Court on the ____ day of _____ 20   .

**NOTICE OF SETTLEMENT:**

      **PLEASE TAKE NOTICE** that the within proposed order will be presented for settlement and entry at the Courthouse on the ____ day of _____ 20   , at 10:00 a.m. at the office of the Clerk of the Part of this Court where the within described motion was heard.

Dated:                                              **Law Office of**
      New York, New York                       **JOHN P. HUMPHREYS**
                                                     Attorneys for Defendant(s)
                                                     As Designated Above